**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 22-18990-PGH** |
| **LISSET GARCIA MARTINEZ** | **CHAPTER: 13** |
|        **Debtors** | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the Order Continuing Objection to Claim of BCMB1 TRUST c/o Planet Home Lending, LLC [# 9-1] D.E#69, was sent via USPS Mail or electronic transmission to every party on the attached Matrix, and all others set forth in the NEF dated this <u>30th</u> day of May, 2023

 

                                                  CORONA LAW FIRM, P.A.

                                                <u>/s/ Ricardo Corona, Esq</u>
                                                RICARDO CORONA, ESQ.
                                                Florida Bar No. 111333
                                                6700 SW 38th Street
                                                Miami, FL 33155
                                                (305) 266-1150 Phone
                                                (888) 554-5677 Fax

**Credit Mailing Matrix**
**Case No.: 22-18990-PGH**

<u>**Sent Via Electronic Service**</u>
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

<u>**Sent Via Electronic Service**</u>
**Nancy Neidich Trustee**
PO Box 279806
Miramar, FL 33027

<u>**Sent Via US MAIL**</u>
**BCMB1 TRUST**
**c/o Planet Home Lending, LLC**
321 Research Parkway, Suite 303
Meriden, CT 06450

<u>**SENT VIA US MAIL AND EMAIL**</u>
Melbalynn Fisher, Esq
Attorney for Secured Creditor
**Ghidotti Berger, LLP**
1031 North Miami Beach Blvd
North Miami Beach, FL 33162
Email: bknotifications@ghidottiberger.com

<u>**SENT VIA US MAIL**</u>
Lisset Garcia Martinez
937 West 79th Street
Hialeah, FL 3301